# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Volmar Construction, Inc. | ) ASBCA No. 61120 |
| | ) |
| Under Contract No. W912QR-12-C-0074 | ) |

APPEARANCE FOR THE APPELLANT:   Richard T. Garofalo, Esq.
   Garrity, Graham, Murphy, Garofalo
   & Flinn, P.C.
   East Hanover, NJ

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
   Engineer Chief Trial Attorney
   R. Lauren Horner, Esq.
   Engineer Trial Attorney
   U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The dispute which is the subject of this appeal has been resolved, and a global settlement on all remaining issues relating to the instant contract has been reached. In accordance with the parties' Joint Stipulation of Dismissal, this appeal is dismissed with prejudice.

Dated: March 21, 2019

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61120, Appeal of Volmar Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals